UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 JUN -7 PM 3:41
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. _____ |
| Plaintiff, | § | **INDICTMENT** |
| v. | § | [Violations: **Ct. 1**; 18 U.S.C. § 3146 |
| PATRICIA SORIA-LOPEZ, | § | [Failure to Appear After Pretrial Release]; |
| Defendant. | § | A11CR 311 LY |

THE GRAND JURY CHARGES:

COUNT ONE
(Failure to Appear After Pre-trial Release)

On or about April 21, 2011, in the Western District of Texas, the defendant,

**PATRICIA SORIA-LOPEZ,**

having been charged with a violation of Title 21, United States Code, Section 846, a felony, and Title 21, United States Code, Section 841(b)(1)(B), a felony, and having been released pursuant to chapter 207 of Title 18, United States Code, in connection with the aforementioned criminal charges, for appearance before United States District Judge Lee Yeakel at 9:00a.m. on April 21, 2011 for a pretrial hearing and docket call in Cause Number A-11-CR-049 (6) LY, entitled *United States v. Patricia Soria-Lopez*, did knowingly and willfully fail to appear as required, in violation of Title 18, United States Code, Section 3146(a)(1).

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

JOHN E. MURPHY
United States Attorney

By: *[signature]*

GRANT SPARKS
Assistant U.S. Attorney